# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

December 2, 2025

**BY E-MAIL & ECF**
Honorable Nelson Román
United States District Judge
Southern District of New York
Charles L. Brieant Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Robert Smith*
      25 Cr. 410 (NSR)

Dear Hon. Judge Román,

As we are awaiting a final PSR in this case, I write to request an adjournment of sentencing to a January date, during the week of 1/12, if available for the Court. The Government does not object to this request. If the date selected by the Court is 1/16, Defense counsel requests a time after 12:00 noon, because she has another sentencing scheduled that morning as well. Defense counsel would very much prefer to refer to the final PSR in our sentencing submission, which at this time, is due this Friday. Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

Cc:   AUSA Ben Arad

**Defendant's request to adjourn the Sentencing from Dec. 19, 2025 until Jan. 16, 2026 at 12:15 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 32.**
**Dated: White Plains, NY**
       **December 2, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2025