# Exhibit A

# Exhibit B

# Exhibit C

# Federal  Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

---

Tamara Giwa
*Executive Director*

Jennifer  L. Brown
*Attorney-in-Charge*

January 3, 2026

The Honorable Judge Nelson Stephen Roman
United States District Judge
Southern District of New York
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:    United States v. Mr. Robert Smith,
      25 Cr. 410 (NSR)

Honorable Judge Roman:

My name is Angel L. Bosques Jr. I am a licensed clinical social worker with the Federal Defenders of New York. I am part of a team of social workers that provides comprehensive support to clients as they address their legal matters. The information presented herein is based on my work with Mr. Robert Smith.  Mr. Smith and I collaborated on the development of a comprehensive plan that addresses his current challenges, future goals, and needs upon release. Please accept the following report as a re-entry plan for Mr. Smith.

### The impact of childhood trauma

Mr. Smith was born into a world that had already found a way to make life difficult. His father, Jimmy Smith, tragically passed away two months prior to Mr. Smith's birth in a motor vehicle accident while he was working as a truck driver. Sadly, this left Mr. Smith's mother, Pernell Boykin, a grieving mother to a newborn baby and to Mr. Smith's ten-year-old brother, James Smith. Ms. Boykin did her best to raise her two sons alone. It was difficult raising two children alone and having to deal with her own medical issues which left her unable to work. She would rely on James to look after Mr. Smith if she needed to run out to the store.

Mr. Smith reflected that he did not have caretakers or role models who intentionally guided him and educated him about how to plan his future, so he began to act out and would engage in risky behaviors. Mr. Smith was candid when discussing his past- he acknowledged that his history reflects a pattern of behaviors that endanger himself and those in his community. When asked if there were any life-changing moments in his life that set him on his path, Mr. Smith identified his             and violent neighborhood. He acknowledged that it was difficult to try and pick a positive path because he was carrying this emotional pain and shame and only knew how to act out.d

## Fatherhood and Grief

Mr. Smith discussed what his risk and protective factors are in relation to his eventual return to the community. He acknowledged that his local community is a risk factor and he intends to relocate to North Carolina so that he can positively

---

[1] The impacts of child sexual abuse: a rapid evidence assessment Independent Inquiry into Child Sexual Abuse (2017) https://www.iicsa.org.uk/key-documents/1534/view/iicsa-impacts-child-sexual-abuse-rapid-evidence-assessment-full-report-english.pdf
[2] Holmes, G.R., Offen, L., & Waller, G. (1997). See no evil, hear no evil, speak no evil: Why do relatively few male victims of childhood sexual abuse receive help for abuse-related issues in adulthood? Clinical Psychology Review, 17, 69-8
[3] https://www.iicsa.org.uk/key-documents/1534/view/iicsa-impacts-child-sexual-abuse-rapid-evidence-assessment-full-report-english.pdf

focus on his reentry. Financial insecurity is a major influence on his poor decision making as well as a risk factor. He becomes overwhelmed with bills and trying to provide for his family, that he resorts to selling drugs. Mr. Smith takes on this protective and provider role that overshadows any thoughts about potential harm or consequences he may encounter.

Mr. Smith's protective factors are identifiable but also require effort to be achievable. He has discussed efforts to engage in mental health treatment so he can learn how to cope in a healthier manner. Mr. Smith identified supportive relationships that encourage him towards changing his life and described his relationship with his daughter,          , as the most important factor motivating him to change.

          was born in 2011 and is 14 years old. Mr. Smith described himself as an involved father. He would take her to school and be there for any events. He provided for her and cared for her like his mother did for him. He described his relationship with his daughter as transformative. When she was born, he worked a steady job and avoided any arrests for six years. The familiar trigger of not having money resurfaced for him in 2016 when he lost his job. Desperate to not let his family go without necessities, he made the poor decision to sell drugs. He was arrested and sentenced shortly after.

Mr. Smith has spent this time in custody coming to terms with how his behaviors affect those around him. He focuses on his relationship with his daughter as a source of motivation and accountability. As he puts it, "I am not a single guy in my 20's." He does not want this life for himself and wants to put this behind him. He will miss out on many key moments in          's life. He hopes to make it up to her once he is released. Mr. Smith's deep involvement in her activities and life events have been sorely missed and will continue to be missed. While he has been incarcerated, her visits and phone calls have been important for him and have kept him motivated.

Mr. Smith had always identified his relationship with his mother as a protective factor. Ms. Boykin has supported her son through various prison incarcerations and always welcomed him back home when he was released. Her presence and support during those difficult years while incarcerated gave him strength. Tragically, Mr. Smith has not had his mother's support for this current period of incarceration.

Mr. Smith described his relationship with his mother as a close bond, similar to best friends. Since he was born, his mother was the only consistent figure in his life. They had one another to rely on for support. Mr. Smith took on more financial responsibility for his mother as he grew older since she was on a fixed income. He helped pay her rent and bills while also maintaining his own financial

responsibilities. Over the years, as her health declined, Mr. Smith took on more medical duties. So much so that he became a home health aide. He bathed her, took her vitals, provided her with her medications, helped move her around the apartment, ran errands, and took her to her appointments.

About two months prior to her passing in 2023, Ms. Boykin was hospitalized and placed in the intensive care unit. Mr. Smith at the time was working two jobs but had to leave one of the jobs to be at his mother's side. He would eventually lose the other job as well because of not making it to work in order to be by his mother's side. He was there morning and night. The staff became used to his familiar face and allowed him to stay past visiting hours. Doctors told Mr. Smith that he should make preparations because it would be unlikely that she would recover. After two months in the hospital, the doctors informed Mr. Smith that there was not much that can be done except make her as comfortable as possible in her final days. He made the emotional decision to bring his mother home for in-home hospice care. He had outfitted the living room to be her bedroom which contained a hospital bed and a medical crane to help move her from room to room. Mr. Smith intended to care for her around the clock.

Mr. Smith wanted her to die with dignity and with her loved ones around her. He bought her favorite food, Jamaican stewed chicken, and dessert, butter pecan ice cream, to eat and enjoy since she was normally not able to because of her dietary restrictions. At the moment Ms. Boykin passed away, Mr. Smith had stepped away to smoke a cigarette. When he returned, he saw the cat acting strangely and he feared the worst. He checked her vitals and found no pulse. Ms. Boykin passed away after being home just one day. Mr. Smith lost his mother, his best friend, and the only person who was ever a calming and constant presence in his life. He had little time to grieve because he had to return to the real world that included unpaid bills piling up and no job to pay for them. As he always did when faced with financial uncertainty, he made the poor decision to engage in illegal activities for money. He was later arrested for the instant offense.

with other men, including with bosses or men in authority positions. They also reported engaging in riskier or more dangerous behaviors.[4]

Mr. Smith acknowledged that his time in custody has given him distance from using substances and has afforded him the time to reflect and understand the underlying emotions and triggers related to his use. He said that he has come to recognize that he is ready to address the trauma from his childhood and to properly grieve his mother's death.

Mr. Smith knows something has to change. He has to learn how to make different choices and to be honest with himself. He expressed remorse for his actions in the offense conduct and described his commitment to improving his functioning and behavior so that he can return to the community as an asset, rather than a danger.

## Community Reentry plan

**Housing**: Mr. Smith recognizes Newburgh is not an ideal environment for him because of his past. He has plans to leave New York and live in North Carlina. He has a sister, Angie Smith, who will be a support system for him there. This change of scenery for him is a scary thought as he has never left New York for longer than a vacation. But his time in Newburgh has run its course. Mr. Smith wants to move on with his life and not have familiar negative influences around him.

While it may be challenging to anticipate which programs may be available upon his eventual release from custody, the social work department at Federal Defenders can assist the US Probation office in finding an appropriate program, even in North Carolina.

**Employment**: Mr. Smith takes great pride in working. He has transferable skills

---

4 8

from previous employment, such as home health aide and being a driver, that he will apply to various employment opportunities. Recently at the Westchester County jail, he received a certificate from New York State to be a food handler. This is needed to work in any restaurant and will make him a better candidate than others applying in the food service industry. Additionally, Mr. Smith has an interest in cyber security after taking a course in prison. He has an interest in pursuing a career in something related to computers once he is able to settle down.

**\*\*\***

Mr. Smith has used his time in custody to understand and address his risk factors, while creating a long-term plan for reentry success. He wants to return home and be a present father in his daughter's life. He wants to interrupt the cycle of abandonment and system involvement so that his daughter has a better future. It is our hope that your Honor will support Ms. White's request, thank you.

Respectfully submitted,

/s/
Angel Bosques Jr., MA, LCSW
Client & Mitigation Services
Federal Defenders of New York, Inc.
(646) 300-4553
Angel_bosques@fd.org

## Exhibit D

**The Honorable Judge Nelson Roman**
United States District Judge
Southern District of New York

12/15/2025

Dear Honorable Judge Nelson Roman

My name is Wynelia Martinez, and I am writing on behalf of Robert Smith, who is my best friend and the father of my children. I want to share the positive role he has played in our lives and why his absence has been so difficult for our family.

I suffer from arthritis in my knees, and there were many times when everyday tasks became risky for me. Once, I slipped while getting out of the shower, and he was right there to catch me and make sure I was safe. Moments like that showed how caring and dependable he truly is.

He has also been a very involved father—driving our children to school, practices, and wherever they needed to be. He was always present and supportive. As a grandfather, he shared a close and loving bond with his grandson, who misses him very much.

Robert has always been a steady, caring, and helpful person in our home. I kindly ask that you take into consideration the good he has done for his family and the support he has always provided.

Thank you for your time and understanding.

Respectfully,
Wynelia Martinez

## Exhibit E

12/15/25

Dear Hon. Judge Roman,

My name is                    , and I am fourteen years old. I write this letter with great respect for the Court and with sincere hope that you will consider my words when making your decision regarding my father, Robert Smith.

I understand that my father is before the Court because of his actions, and I recognize the importance of accountability and responsibility within the justice system. I am not writing to excuse his mistakes. Instead, I am writing to share the personal impact his absence has had on me as his daughter and to express how deeply I miss him.

My father has always been a constant source of support and guidance in my life, especially during my volleyball and basketball seasons. He rarely missed a game or practice, no matter how tired he was or how busy his schedule became. He encouraged me when I felt discouraged, celebrated my accomplishments, and reminded me to work hard and stay disciplined. Those moments meant more to me than I can fully express.

Because my mother is disabled, my father has played an especially important role in ensuring that I was able to participate in sports and other activities. He helped with transportation, attended events, and made sure I felt supported both on and off the court. Without him, these responsibilities have been much more difficult for our family, and I have felt the absence of his presence and encouragement deeply. Beyond athletics, my father has always emphasized the importance of respect, accountability, and perseverance. His guidance has shaped who I am becoming, and his absence has left a significant emotional gap in my life. I miss having him there to talk to, to seek advice from, and to feel secure knowing he is supporting our family. I truly believe my father is capable of growth and positive change. I have seen his desire to do better—not only for himself, but for me and for our family.

I respectfully ask that you consider the impact this situation has had on me and the importance of a father's presence and guidance in a young person's life.

Thank you for taking the time to read my letter and for considering my perspective.

With respect and gratitude,

## Exhibit F

Joseph Chambers, MSN, PMHNP-BC


November 9, 2025

Dear Your Honor,

My name is Joseph Chambers, and I am a
                         am writing on behalf of Robert Smith, whom I have known for more than ten
years as a close family friend. Over that time, I have come to know Robert as a man of strong
character, compassion, and deep love for his family.

While I understand the seriousness of the charges before the Court, I believe it is also
important to recognize the person Robert truly is — a devoted father, a hardworking
provider, and a caring son who has always put others before himself.

Robert has consistently shown a commitment to his family that goes far beyond words. He
has always taken pride in providing for his children and being a present, positive role model
in their lives. No matter what challenges he faced, he made sure his family came first —
ensuring his children were cared for, guided, and reminded that they were loved.

For many years, Robert was also the sole caretaker for his mother, Pernell Smith, until her
passing. He took on that responsibility with humility and devotion, balancing his own
obligations while ensuring she received the care, comfort, and dignity she deserved. Losing
his mother deeply affected him, but even through that pain, he continued to be a source of
strength for his family.

Throughout the time I've known him, Robert has always been the type of person who lends
a helping hand without hesitation.  Whether it's assisting friends, supporting neighbors, or
simply showing up for someone in their time of need. His actions have always spoken
louder than words.

Your Honor, I recognize that Robert's current situation is serious, but I also know he is not
defined by this moment. He is a man capable of reflection, growth, and change. From my
professional perspective as a mental health provider, I believe Robert has the insight and
emotional capacity to learn from this experience and rebuild his life in a way that honors
both his responsibilities and his potential.

I respectfully ask that you consider his lifelong pattern of love, service, and dedication to his
family when determining his sentence. Allowing Robert the opportunity for rehabilitation
and redemption would not only serve justice but also preserve a father, a son, and a man
who still has so much good to offer.

Thank you for taking the time to read this letter and for your consideration of my words.

Respectfully,

Joseph Chambers,

# Exhibit G

 Outlook

---

**Letter for Robert Smith**

---

**From** Melody Curasi <

**Date** Wed 11/19/2025 4:09 PM

**To**    Juliet Vicari <Juliet_Vicari@fd.org>

---

EXTERNAL SENDER

Dear Judge Nelson Roman United States District Judge Southern District of New York,

My name is Melody Curasi, the girlfriend of Robert Smith. I have known Robert since Junior High School, we lost touch over the years but got reacquainted in 2023. We've been through a lot from then until the present. He lost his Mom right after he came home in 2023, I know that has affected him especially being that his Father passed before he was born.

I myself grew up without a Dad and I know the affects it has on us, it really does play a part in how we live and the choices we make. However, if you take away the crimes, Robert truly is a great person. Perhaps he was not aware of his potential to do something other than the reason he is facing you today Judge Nelson.

We speak almost every single day/night on the telephone since his arrest. He has gotten me through a lot even while he is behind bars. If not for him, I probably would not be here writing this letter. We lost our baby in early 2024 and that took a toll on both of us. I'm not excusing what he has done in his life but we all make mistakes. I firmly believe with the right support system in his life, he has the potential to do great things.

Growing up where we come from isn't easy. I believe everything Robert has been exposed to all of his life definitely played a role in his mistakes. Growing up in poverty with a single Mother, no Dad and an older Brother who was incarcerated during critical ages of mental growth may have played a part in where he is today.

Robert and I were discussing plans to start a business right around the time of his arrest, we both have teenagers and wanted to give them a better life than we lived. He expressed to me that he is done with the life he was living and when he comes home he would never go that route again. I believe he realizes how much time he wasted and at 41 years old, I believe he is done with that lifestyle.

He has a teenage daughter, even while he is in jail they still communicate and he is very active in her life, even before this. He is a great Father, he took her to school, sports practices etc.
I know Robert would like to hopefully start a business after his release. I am willing to be there by his side, to be the positive force that he has been for me throughout this entire year.

I believe with the proper support, guidance, counseling and love Robert can thrive and be great if given the opportunity. He realizes he is getting older and this lifestyle is just going to keep landing

him right where he is. He also realizes how much his absence affects so many people.
He has a good heart and that is what I love most.

Thank you Judge Nelson for your time regarding this matter.

Sincerely,

Melody Curasi

# Exhibit H

Outlook

**Robert Smith**

**From** Jeffrey Vaughn                          >

**Date** Mon 11/3/202

**To** Juliet Vicari <J

You don't often get                          ail.com. Learn why this is important

EXTERNAL SEN

Dear your Honor,
My name is Jeffre                          his letter in regards to Robert Smith, who I consider to be my Brother.
I've known Robert for the past 15yrs, and am Godfather to his daughter Rhianna Smith. I'd like to acknowledge and make you aware that I don't condone my brother Robert's current offense, yet would like to shed light on the brother I know and love dearly.

Robert is beyond a Great person/father/family Man. He has always been someone who cares and proves through action that he will do whatever he can to help. Whether he's helping the kids with homework, taking them to the park or being willing to assist with bills and hardships of those in need. He has on countless occasions helped me and my family move into our new home, take my late uncle to doctor appointments , put clothes on my children's back.

Robert was also the solo caretaker of his mother Pernell Smith for as long as I've known him, until her recent death which he took very hard. Him and his mother were very close since the death of his father when Robert was younger. Although he has two older brother's,  Robert has been the crutch that holds them all up.

Robert's relationship with his Daughter Rhianna is unmatched. He's always tried to be a role model and guide her to the best of his ability. Even in the worst of times, he's continued to push her and make her strive for greatness.

We understand that Robert's current offense is serious and have consequenses. On behalf of myself and Robert's loved ones, especially his daughter, " We ask that you have mercy on him during sentencing". Please allow Robert the opportunity to reflect on his decisions, but not so long as to not have a future.

Thank you for your time,
                          Jeffrey Vaughn

**Exhibit I**

**To the Honorable Judge,**

I am writing this letter on behalf of my cousin, someone who means a great deal to me and to our entire family. I want to speak honestly from the heart about who he is and why his presence at home is so important.

My cousin has always been a strong family figure. He is the person many of us turn to in difficult times, and he has a way of bringing our family together. The kids in our family, including his own children, look up to him. They feel safe with him, they learn from him, and they miss him deeply every single day he is not home. His absence has left a space no one else can fill.

He has always tried to give his children love, guidance, and encouragement. They need him not just as a parent, but as the steady and caring force he has always been in their lives. They worry about him, and they are waiting for the chance to have their father back. The bond he has with them is strong, and they depend on him in ways that cannot be replaced.

My cousin is not a perfect person, and he understands that. But I know he has the heart, strength, and the will to get back on track. He has brought so much positivity to our family in the past, and I truly believe he can bring even more in the future if given the chance. He wants to do better not just for himself, but for the people he loves. And we are all ready to support him every step of the way.

Our family needs him home. His children need him home. Losing him for a longer period would hurt them in ways that are hard to put into words. I ask you respectfully to consider the man he has been to us, and the man he is capable of being moving forward.

Thank you for your time.

_ Alicia Hargrove

## Exhibit J

**To the Honorable Judge,**

I am writing this letter in support of my uncle, who has always been much more to me than a relative. He has been a big brother, a mentor, and one of the most dependable people in my life. I hope my words help you see the person I know and the positive impact he has always had on our family.

My uncle is the godfather to all three of my children, a role he has taken seriously from the very beginning. He has been present for their milestones, their challenges, and their everyday moments. His caring and loving nature has made him a steady presence in our lives, and in many ways, he is the glue that keeps our family connected. He steps up when someone needs help, guidance, or simply encouragement, and brings comfort and stability to those around him.

I understand that mistakes have been made, and he does as well. But I firmly believe that people deserve the chance to make things right, especially those who have shown time and time again, that they are capable of love, responsibility, and growth. My uncle is one of those people. He learns from his missteps and works to be better not only for himself but for the family who depend on him.

His children, and our family as a whole, truly need him home. His presence is irreplaceable, and his support is essential to the well-being of those who love him. I respectfully ask that you take these qualities into consideration when determining his sentence.

Thank you for your time and understanding.

Respectfully,

Johnisha Boykin